

951 #25C

DEPARTMENT OF JUSTICE
NOTICE OF LIEN FOR FINE AND/OR
RESTITUTION IMPOSED PURSUANT TO
THE ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

For Optional Use By Recording Office

United States Attorney's Office for
the District of New Jersey
USAO No. 2006Z01316

NOTICE is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

| | |
|---|---|
| Name of Defendant: | Roger Duronio |
| Residence: | 110 Gray Street<br>Bogota, New Jersey 07603 |
| Amount of Special Assessment/Fine/Restitution: | $3,162,576.00 |
| Court Imposing Judgment: | U.S. DISTRICT COURT OF NEW JERSEY |
| Court Number: | 02-933 |
| Date of Judgment: | December 13, 2006 |
| Rate of Interest: | 4.98% |

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

IMPORTANT RELEASE INFORMATION--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but not before twenty years plus term of imprisonment.

PLACE OF FILING: Bergen County, Hackensack, NJ 07601-7698

This notice was prepared and signed at Newark, New Jersey on January 29, 2007.
Signature

LEAH A. BYNON
ASSISTANT U.S. ATTORNEY

2007 MAR 12 PM 12:46
BERGEN COUNTY CLERK

BOOK 321 PAGE 61

END OF DOCUMENT

**U.S. DEPARTMENT OF JUSTICE**
New Jersey
Federal Building, Room 701
970 Broad St.
Newark, NJ 7102

OVERDUE **Debtor Statement**

| DATE OF STATEMENT | 03/31/2018 |
|---|---|
| ACCOUNT NUMBER | 2007A57393/001 |

**For inquiries regarding debt call:** 973-297-2001

Retain top portion for your records. This is your official receipt. This statement reflects the balances for this debt only. You may have additional outstanding debt. Federal Statute requires that a payment application is applied to principal first then interest. (18 U.S.C. Section 3612 (i))

Roger Duronio
110 Gray Street
Bogota, NJ 07603

| Payment Application | | | | CURRENT BALANCE INFORMATION | |
|---|---|---|---|---|---|
| Payment Amount | $200.00 | Payment Date | 03/20/2018 | | |
| Debt Type | Payment Amount to Principal | Payment Amount to Interest | Interest Rate | Principal Balance | Interest Balance |
| Non-Federal Restitution | -$200.00 | $0.00 | 0.00% | $1,211,707.61 | $462,156.75 |
| Federal Restitution | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Fine | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Community Restitution | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Special Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| Criminal Court Costs | $0.00 | N/A | N/A | $0.00 | N/A |
| Penalty | $0.00 | N/A | N/A | $0.00 | N/A |
| Total Balance: | | | | | $1,673,864.36 |

| Current Activity | | | |
|---|---|---|---|
| Overdue Amount | Next Payment Amount | PAY THIS AMOUNT | Date Payment Due |
| $300.00 | $200.00 | $500.00 | 04/15/2018 |

**If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.**

**MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.**

**Please detach and enclose the bottom portion with payment**

---

**Payment Coupon:** Enclose this coupon with payment to guarantee proper application in order for the payment to be applied before the next billing cycle.

| Court Case Number: | 02-933 | | | |
|---|---|---|---|---|
| District Code: NJ | CCAM Number: DNJX302CR000933001 | Amount Due: $500.00 | Due Date: 04/15/2018 | Amount Enclosed: |

☐ Check here for change of address and annotate below.

Roger Duronio
110 Gray Street
Bogota, NJ 07603

Please mail payments to:

US District Court, Fisher Fed Building
402 East State Street
Trenton, NJ 08608

**U.S. DEPARTMENT OF JUSTICE**
New Jersey
Federal Building, Room 701
970 Broad St.
Newark, NJ 7102

**For inquiries regarding debt call:** 973-297-2001

**Debtor Statement**

| DATE OF STATEMENT | 09/30/2014 |
|---|---|
| ACCOUNT NUMBER | 2007A57393/001 |

Retain top portion for your records. This is your official receipt. This statement reflects the balances for this debt only. You may have additional outstanding debt. Federal Statute requires that a payment application is applied to principal first then interest. (18 U.S.C. Section 3612 (i))

Roger Duronio
110 Gray Street
Bogota, NJ 07603

| Payment Application | | | | CURRENT BALANCE INFORMATION | |
|---|---|---|---|---|---|
| Payment Amount | $200.00 | Payment Date | 09/03/2014 | | |
| Debt Type | Payment Amount to Principal | Payment Amount to Interest | Interest Rate | Principal Balance | Interest Balance |
| Non-Federal Restitution | -$200.00 | $0.00 | 4.98% | $3,158,034.61 | $1,209,182.86 |
| Federal Restitution | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Fine | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Community Restitution | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 |
| Special Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| Criminal Court Costs | $0.00 | N/A | N/A | $0.00 | N/A |
| Penalty | $0.00 | N/A | N/A | $0.00 | N/A |
| Total Balance: | | | | | $4,367,217.47 |

| Current Activity | | | |
|---|---|---|---|
| Overdue Amount | Next Payment Amount | PAY THIS AMOUNT | Date Payment Due |
| $0.00 | $200.00 | $200.00 | 10/15/2014 |

**If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.**

**MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.**

**Please detach and enclose the bottom portion with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant: ROGER DURONIO
Case Number: 02-933-01

**RESTITUTION AND FORFEITURE**

**RESTITUTION**

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee (Victim) | Amount of Restitution |
|---|---|
| UBS Financial Services, Inc.<br>1200 Harbor Boulevard<br>Weehawken, N.J. 07086 | $3,162,376.00 |

Payments of restitution are to be made payable to **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608 for distribution to the victim(s).

The restitution is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $200.00, to commence 30 days after release from confinement. The Court waived the interest requirement on the restitution payment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

001574

U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686




**PLEASE RETAIN FOR YOUR RECORDS**

02/23/22



187174088

ROGER F DURONIO
110 GRAY STREET
BOGOTA, NJ 07603

**What Happened to My Payment?**

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: ROGER F DURONIO
Original Payment Amount: $1843.00
Payee TIN (Last Four): 0033
Beneficiary TIN (Last Four): 0033

Payment Date: 02/23/22
Payment Type: EFT
Claim Account Number: 184360033 A

001574-1-1

**Who Do I Owe?**

We applied your payment to debt that you owe to the following agency:

U.S. ATTORNEY NEW JERSEY
ATTN: FINANCIAL LITIGATION UNIT
FEDERAL BUILDING, ROOM 701
970 BROAD ST.
NEWARK, NJ 07102
(973) 297-2001

TOP Trace Number: 187174088
Account #: NJ 2007A57393001
Applied To This Debt: $276.45
Type of Debt: Non-Tax Federal Debt

Please see additional pages for other debts, if any.

**What Should I Do?**

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. Please have this notice available when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP or call 1-800-304-3107. Please do not contact the Social Security Administration regarding the reduction mad your federal payment as a result of this offset.

FOR OFFICIAL USE ONLY: SL09 21
0000000278 1871740886338134000018784402ALTR-P01ROGE001875



U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686

000420

**PLEASE RETAIN FOR YOUR RECORDS**

02/22/23



192500437

ROGER F DURONIO
110 GRAY STREET
BOGOTA, NJ 07603

000420-1-1

0000420

**What Happened to My Payment?**

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: ROGER F DURONIO
Original Payment Amount: $2036.00
Payee TIN (Last Four): 0033
Beneficiary TIN (Last Four): 0033

Payment Date: 02/22/23
Payment Type: EFT
Claim Account Number: 184360033 A

**Who Do I Owe?**

We applied your payment to debt that you owe to the following agency:

U.S. ATTORNEY NEW JERSEY
ATTN: FINANCIAL LITIGATION UNIT
FEDERAL BUILDING, ROOM 701
970 BROAD ST.
NEWARK, NJ 07102
(973) 297-2001

TOP Trace Number: 192500437
Account #: NJ 2007A57393001
Applied To This Debt: $305.40
Type of Debt: Non-Tax Federal Debt

Please see additional pages for other debts, if any.

**What Should I Do?**

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. Please have this notice available when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP or call 1-800-304-3107. Please do not contact the Social Security Administration regarding the reduction made in your federal payment as a result of this offset.



From: Roger F. Duronio
110 Gray ST.
Bogota, NJ 07603
511-574-8851
rfduronio@gmail.com

To: Kelly Parker
Federal Building, Room 701, 970 Broad St.
Newark, NJ 07102

Robin Ali
Federal Building, 970 Broad St., 7th Floor
Newark, NJ 07102

Philip R. Sellinger, U.S. Attorney
District of New Jersey
Federal Building, 970 Broad St.
Newark, NJ 07102

Marilyn Malerba
Treasurer of the United States
1500 Pennsylvannia Ave., NW
Wasington, DC 20220

Merrick Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 200530-0001

Joe Biden, President of the United States
1600 Pennsylvania Ave, NW
Washington, DC 20500

Gentlepeople, 1/24/23

I'm planning on filing the enclosed Complaint for violation of civil Rights in the Federal Court in Newark. I'm forwarding several of the Defendants copies so they will have some notice and perhaps there can be some discussion about the complaint prior to its filing.

Yours truly,

Roger Duronio