# USPS Tracking®

FAQs >

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

23 CV -1446

2023 AUG 28 P 3: 12

**Tracking Number:** Remove ✕

## 9589071052700553909314

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:56 am on May 15, 2023 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 15, 2023, 4:56 am

### Available for Pickup
WASHINGTON, DC 20530
May 12, 2023, 11:02 am

### Arrived at Post Office
WASHINGTON, DC 20018
May 12, 2023, 9:15 am

### USPS in possession of item
LAKEWOOD, NJ 08701
May 1, 2023, 4:07 pm

Hide Tracking History

See More ∨

# USPS Tracking®

*23-CV-1446* (handwritten)

FAQs >

**Tracking Number:**

## 9589071052701050472943

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:25 pm on August 14, 2023 in NEWARK, NJ 07102.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEWARK, NJ 07102
August 14, 2023, 3:25 pm

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

23-CV-1446

FAQs >

**Tracking Number:**

## 9589071052701050472950

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:25 pm on August 14, 2023 in NEWARK, NJ 07102.

### Get More Out of USPS Tracking:

   USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**
NEWARK, NJ 07102
August 14, 2023, 3:25 pm

See All Tracking History

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

# USPS Tracking®

23- cv- 1446

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701050472967

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 3:32 am on August 16, 2023 in WASHINGTON, DC 20220.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20220
August 16, 2023, 3:32 am

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

23-CV-1446

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527010050472981

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:16 pm on August 14, 2023 in NEWARK, NJ 07102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEWARK, NJ 07102
August 14, 2023, 3:16 pm

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

Feedback

# USPS Tracking®

23-cv-1446

FAQs >

**Tracking Number:**

## 9589071052701050472974

Remove ✕

Copy    Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

## Latest Update

This is a reminder to arrange for redelivery of your item before August 29, 2023 or your item will be returned on August 30, 2023. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivery Attempt: Action Needed
Reminder to Schedule Redelivery of your item before August 29, 2023

August 20, 2023

### Available for Pickup
WASHINGTON, DC 20500
August 15, 2023, 10:43 am

See All Tracking History

**Text & Email Updates**  ⌄

**Schedule Redelivery**  ⌄

**USPS Tracking Plus®**  ⌄