PHILIP R. SELLINGER
United States Attorney
DAVID INKELES
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 973-645-2813
E-mail: david.inkeles@usdoj.gov
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROGER F. DURONIO,<br><br>*Plaintiff,*<br><br>v.<br><br>KELLY PARKER, *et al.*,<br><br>*Defendants.* | HON. MADELINE COX ARLEO, U.S.D.J.<br><br>Civil Action No. 23-1446 (MCA)(ESK)<br><br>**NOTICE OF MOTION**<br><br>**Return date: January 16, 2024** |

To:   Roger F. Duronio
       *Pro Se Plaintiff*
       110 Gray Street
       Bogota, NJ 07603

PLEASE TAKE NOTICE, that on **January 16, 2024, at 10:00 AM**, or as soon thereafter as counsel may be heard, Philip R. Sellinger, United States Attorney for the District of New Jersey (David Inkeles, Assistant United States Attorney, appearing), as attorney for Defendants, will apply to this Court for an order dismissing Plaintiff's Complaint, in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Defendants respectfully refer the Court to the memorandum of law submitted in support of the motion and ask that the Court decide this motion on the papers submitted, without oral argument,

pursuant to Rule 78 of the Federal Rules of Civil Procedure.

                                                Respectfully submitted,

                                                PHILIP R. SELLINGER
                                                United States Attorney

                              By:

                                                *s/David Inkeles*
                                                DAVID INKELES
                                                Assistant United States Attorney

Dated:   December 11, 2023