UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROGER F. DURONIO,<br><br>*Plaintiff*,<br><br>v.<br><br>KELLY PARKER, *et al.*,<br><br>*Defendants*. | HON. MADELINE COX ARLEO, U.S.D.J.<br><br>Civil Action No. 23-1446 (MCA)(ESK)<br><br>**[PROPOSED] ORDER** |

This matter, having been opened to the Court by Philip R. Sellinger, United States Attorney for the District of New Jersey, attorney for the Defendants, for an order dismissing Plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered the moving papers and any opposition submitted thereto, and this matter being decided pursuant to Fed. R. Civ. P. 78, and for good cause shown,

IT IS on this _____ day of _____, 2024,

ORDERED that Defendants' motion is granted, and the Complaint is dismissed with prejudice.

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE