PHILIP R. SELLINGER
United States Attorney
DAVID INKELES
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 973-645-2813
E-mail: david.inkeles@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROGER F. DURONIO,<br><br>    *Plaintiff*,<br><br>    v.<br><br>KELLY PARKER, *et al.*,<br><br>    *Defendants*. | HON. MADELINE COX ARLEO, U.S.D.J.<br><br>Civil Action No. 23-1446 (MCA)(ESK)<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on December 11, 2023, the foregoing Notice of Motion to Dismiss the Complaint, Memorandum of Law, Proposed Order, and this Certificate of Service will be served on Plaintiff via e-mail to rfduronio@gmail.com. On December 12, 2023, these same documents will also be sent to Plaintiff at the following address via regular mail:

    Roger F. Duronio
    110 Gray Street
    Bogota, NJ 07603

                                          PHILIP R. SELLINGER
                                          United States Attorney

                               By:   *s/David Inkeles*
Dated: Newark, NJ                          DAVID INKELES
       December 11, 2023              Assistant United States Attorney